# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2560
_____

AL HAMMAN,

Appellant,

v.

FLORIDA BOARD OF GOVERNORS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela Cote Dempsey, Judge.


August 5, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Al Hamman, pro se, Appellant.

James Uthmeier, Attorney General, and Stephanie Anne Morse, Special Counsel, Tallahassee, for Appellee.